COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Stuart Oland Wheeler

Appellate case number:   01-14-00868-CR

Trial court case number:  2014V-0074

Trial court:                      155th District Court of Austin County

On December 18, 2014, Stuart Oland Wheeler filed a Motion for More Time to File Brief. The motion is **GRANTED**. Wheeler's brief is due January 2, 2014. The response from the State of Texas, if any, is due January 22, 2014.

It is so ORDERED.

Judge's signature: __/s/_ Rebeca Huddle
                              X  Acting individually     ☐ Acting for the Court

Date:  December 30, 2014